# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **ROSA MARIA PARDO,** *Plaintiff* § § § | |
| **v.** § § § | Case No. 1:20-CV-01230-SH |
| **WAL-MART INCORPORATED,** *Defendant* § § | |

## ORDER

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice, filed March 18, 2022 (Dkt. 19). After considering the Motion and the pleadings on file, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Agreed Motion to Dismiss with Prejudice is hereby **GRANTED**. Per the Agreed Motion, each party shall bear its own costs.

**IT IS FURTHER ORDERED** that all claims that were or that could have been asserted in this action are **DISMISSED WITH PREJUDICE**.

**SIGNED** March 21, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE